**Southern District of Georgia Case No.:**
**4:23mj88-CLR**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**23-20377-CR-BLOOM/OTAZO-REYES**
CASE NO._____

IN RE SEALED INDICTMENT
_____/

SEALED ORDER

FILED BY_____*KAN*_____D.C.

*Sep 20, 2023*

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

The United States of America, having applied to this Court for an Order sealing the Indictment, Arrest Warrant, Motion to Seal, this Order, and any other related document, and the Court finding good cause:

**IT IS HEREBY ORDERED** that the Indictment, Arrest Warrant, Motion to Seal, this Order, and any other related document, shall be filed under seal until the arrest of the defendant. The United States Attorney's Office and any relevant law enforcement agency may obtain copies of the Indictment, Arrest Warrant, or other sealed documents for purposes of arrest, extradition, or any other necessary cause.

**DONE AND ORDERED** in chambers at Miami, Florida, this 20th day of September, 2023.

HONORABLE LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

## 23-20377-CR-BLOOM/OTAZO-REYES

CASE NO. _____

IN RE SEALED INDICTMENT

_____ /

FILED BY_____ KAN _____D.C.

Sep 20, 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

### MOTION TO SEAL

The United States of America, by and through its undersigned Assistant United States Attorney, respectfully requests that the Indictment, Arrest Warrant, this Motion, the resulting Order, and any other related document be SEALED until the arrest of the defendant or further Order of this Court. Should this Indictment become public prior to the arrest of the defendant, the defendant may flee and the integrity of the ongoing investigation might be compromised. The United States Attorney's Office and any relevant law enforcement agency, however, may obtain copies of the Indictment, Arrest Warrant, or other sealed documents for purposes of arrest, extradition, or any other necessary cause. The Assistant United States Attorney is prepared to provide further information *in camera* should the Court so require.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

Date: September 20, 2023          By: _____
                                      Nardia Haye
                                      Assistant United States Attorney
                                      U.S. Attorney's Office – SDFL
                                      Court ID No. A5502738
                                      99 NE 4th Street, 6th Floor
                                      Miami, Florida 33132
                                      Tel: (305) 961-9326
                                      Fax: (305) 530-7976
                                      Email: Nardia.Haye@usdoj.gov

**Southern District of Georgia Case No.:**
**4:23mj88-CLR**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# 23-20377-CR-BLOOM/OTAZO-REYES

CASE NO. _____

18 U.S.C. § 2252(a)(4)(B) and (b)(2)
18 U.S.C. § 2253

UNITED STATES OF AMERICA

vs.

JAMES TUCKER KORNHAUSER,

   **Defendant.**

_____/

FILED BY_____KAN_____D.C.

Sep 20, 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

## INDICTMENT

The Grand Jury charges that:

On or about November 13, 2019, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**JAMES TUCKER KORNHAUSER,**

did knowingly possess matter, which contained a visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials which had been so shipped and transported, by any means, including by computer, and the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2).

Pursuant to Title 18, United States Code, Section 2252(b)(2), it is further alleged that such visual depiction involved a prepubescent minor and a minor who had not attained twelve years of age.

## FORFEITURE ALLEGATIONS

1.     The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **JAMES TUCKER KORNHAUSER**, has an interest.

2.     Upon conviction of a violation of Title 18, United States Code, Section 2252, as alleged in this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a):

> a.     Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, 2252B, or 2260 or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

> b.     Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

> c.     Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

[This Space Intentionally Blank]

2

All pursuant to Title 18, United States Code, Section 2253(a) and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 2253(b).

A TRUE BILL

FOREPERSON

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

NARDIA HAYE
ASSISTANT UNITED STATES ATTORNEY

3

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**

**CASE NO.:** _____

v.

JAMES TUCKER KORNHAUSER,

_____/
Defendant.

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**

New Defendant(s) (Yes or No) _____

Number of New Defendants _____

Total number of counts _____

**Court Division** (select one)

☒ Miami    ☐ Key West    ☐ FTP

☐ FTL     ☐ WPB

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3.  Interpreter: (Yes or No) No_____
    List language and/or dialect: _____

4.  This case will take _2-3_ days for the parties to try.

5.  Please check appropriate category and type of offense listed below:

    (Check only one)

    I    ☒ 0 to 5 days

    II   ☐ 6 to 10 days

    III  ☐ 11 to 20 days

    IV   ☐ 21 to 60 days

    V    ☐ 61 days and over

    (Check only one)

    ☐ Petty

    ☐ Minor

    ☐ Misdemeanor

    ☒ Felony

6.  Has this case been previously filed in this District Court? (Yes or No) No_____
    If yes, Judge _____ Case No. _____

7.  Has a complaint been filed in this matter? (Yes or No) No_____
    If yes, Magistrate Case No. _____

8.  Does this case relate to a previously filed matter in this District Court? (Yes or No) No_____
    If yes, Judge _____ Case No. _____

9.  Defendant(s) in federal custody as of _____

10. Defendant(s) in state custody as of _____

11. Rule 20 from the _____ District of _____

12. Is this a potential death penalty case? (Yes or No) No_____

13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No_____

14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No_____

15. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No_____

By: _____

Nardia Haye

Assistant United States Attorney

Court ID No.    A5502738

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** **JAMES TUCKER KORNHAUSER**

**Case No:** _____

Count #: 1

Possession of Child Pornography

Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2)
* **Max. Term of Imprisonment: Twenty (20) Years' Imprisonment**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: Minimum of Five (5) Years' Supervised Release, up to Life**
* **Max. Fine:  $250,000**

**\*Refers only to possible term of incarceration, supervised release, and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

FILED BY_____KAN_____D.C.

**Sep 20, 2023**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

United States of America
v.
James Tucker Kornhauser,

_____
Defendant

)
)
)   Case No.
)
)
)

**23-20377-CR-BLOOM/OTAZO-REYES**

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JAMES TUCKER KORNHAUSER                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:
Possession of child pornography, 18 U.S.C. § 2252(a)(4)(B) and (b)(2)

Certified to be a true and
correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By_____
*Kayla Allen*
Deputy Clerk
Date **Sep 20, 2023**

Date:   9/20/23

_____
*Issuing officer's signature*

City and state:   Miami, Florida

Angela E. Noble, Clerk of Court / Court Administrator
*Printed name and title*

| **Return** | |
|---|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . | |
| Date: _____ | _____ *Arresting officer's signature* |
| | _____ *Printed name and title* |

AO 442  (Rev. 01/09)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:     James Tucker Kornhauser

Known aliases:

Last known residence:     9 Calico Crab Retreat, Savannah, GA 31411

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:     423-847-7913

Place of birth:

Date of birth:     09/06/1991

Social Security number:

Height:     5'10                                                    Weight:

Sex:     Male                                                      Race:     White

Hair:     Light brown/blonde                               Eyes:     Blue

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:     Kristie Bryant Kornhauser, mother;
Richard Wayne Kornhauser, father; both at 9 Calico Crab Retreat, Savannah, GA 31411

FBI number:

Complete description of auto:

Investigative agency and address:     FBI, 2030 S.W. 145th Ave., Miramar, FL 33027

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

### BOND RECOMMENDATION

DEFENDANT: JAMES TUCKER KORNHAUSER

$150K PSB with Home Detention and Adam Walsh cond.

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:

Last Known Address: 9 Calico Crab Retreat

Savannah, GA 31411

_____

What Facility:  _____

_____

Agent(s):   Sujey Espinoza

(FBI)  (SECRET SERVICE)  (DEA)  (IRS)  (ICE)  (**OTHER**)

FBI