UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-20377-BLOOM

UNITED STATES OF AMERICA

vs.

JAMES TUCKER KORNHAUSER,

**Defendant.**
_____/

## GOVERNMENT'S MOTION TO UNSEAL INDICTMENT

The United States, by and through the undersigned Assistant United States Attorney, and files this motion to unseal the indictment against defendant JAMES TUCKER KORNHAUSER and states the following:

1. On September 20, 2023, a Grand Jury returned an indictment charging the defendant with Possession of Child Pornography, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

2. The indictment was ordered sealed until the arrest of the defendant. On September 28, 2023, the defendant was arrested in the Southern District of Georgia.

WHEREFORE the United States respectfully requests that the indictment in this matter be UNSEALED by the Court.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:  */s/ Nardia Haye*
Nardia Haye
Assistant United States Attorney
Court ID No. A5502738
99 NE 4th Street, 6th Floor
Miami, Florida 33132
Tel: (305) 961-9326
Email: Nardia.Haye@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-20377-BLOOM

UNITED STATES OF AMERICA

vs.

JAMES TUCKER KORNHAUSER,

      **Defendant.**

_____/

### ORDER TO UNSEAL INDICTMENT

THIS CAUSE having come on before the Court on the motion of the government to unseal the indictment, and the Court being fully advised in the premises and finding good cause therefore, it is hereby:

**ORDERED AND ADJUDGED** that the motion is GRANTED. The Clerk of Court is ordered to unseal the indictment in the above-captioned case.

**DONE AND ORDERED** in chambers at Miami, Florida this 28th day of September 2023.

_____
HONORABLE LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE

cc:    Nardia Haye, AUSA